UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM PITT,

                    Plaintiff,

          -against-

COUNTY OF ROCKLAND; C.O. SALVATORE
LIBRIZZI,

                    Defendants.

**ORDER**

25-CV-3781 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 19, 2025, Plaintiff filed a motion for summary judgment purportedly pursuant to Rule 3212 of the Civil Practice Law & Rules. (Doc. 35). Plaintiff also represents in a separate letter that the parties have not yet conducted depositions (*see* Doc. 34), and discovery does not conclude until February 27, 2026 (*see* Doc. 24).

Plaintiff's motion for summary judgment is procedurally improper, and fails to comply with Federal Rule of Civil Procedure 56, the Local Civil Rules, and the Court's Individual Practices. Accordingly, Plaintiff's motion for summary judgment is denied without prejudice for failure to comply with the rules governing summary judgment motion practice.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 35) and mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated:  White Plains, New York
        November 25, 2025

_____
Philip M. Halpern
United States District Judge