UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM PITT,

Plaintiff,

-against-

COUNTY OF ROCKLAND; C.O. SALVATORE LIBRIZZI,

Defendants.

**ORDER**

25-CV-3781 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff at the address indicated as his current address: 141 West Clarkstown Road, Apt. 21, New City, New York 10956.

Dated: White Plains, New York
November 3, 2026

Philip M. Halpern
United States District Judge